COPY

FILED
2011 NOV 16 AM 10: 13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

1  THOMAS P. LAMBERT (SBN 50952),
   tpl@msk.com
2  JEAN PIERRE NOGUES (SBN 84445),
   jpn@msk.com
3  KEVIN E. GAUT (SBN 117352),
   keg@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, California 90064-1683
   Telephone:  (310) 312-2000
6  Facsimile:  (310) 312-3100

7  Attorneys for Plaintiffs,
   Manwin Licensing International S.à.r.l.
8  and Digital Playground, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,

   Plaintiffs,

v.

ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,

   Defendants.

Case No. CV 11-9514 -PSG (JCGx)

**CERTIFICATE OF INTERESTED PARTIES OF PLAINTIFFS MANWIN LICENSING INTERNATIONAL S.À.R.L. AND DIGITAL PLAYGROUND, INC.**

[Local Rule 7.1-1; Fed. R. Civ. Pro 7.1]

Mitchell Silberberg & Knupp LLP
4272748.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1-1 of the Local Rules, the undersigned, counsel of record for Plaintiff Manwin Licensing International S.à.r.l. and Digital Playground, Inc., certifies that the following additional listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Manwin Licensing International S.à.r.l., a Plaintiff in this Action;

2. Manwin Holding S.à r.l. (Luxembourg), the parent company of Manwin Licensing International S.à.r.l., a Plaintiff in this Action.

3. Digital Playground, Inc., a Plaintiff in this Action.

4. Internet Coalition For Assigned Names And Numbers, a Defendant in this Action.

5. ICM Registry, LLC, a Defendant in this Action.

Dated: November 15, 2011

THOMAS P. LAMBERT
JEAN PIERRE NOGUES
KEVIN E. GAUT
MITCHELL SILBERBERG & KNUPP LLP

By: _____
Kevin E. Gaut
Attorneys for Plaintiffs,
Manwin Licensing International S.à.r.l.
and Digital Playground, Inc.

CERTIFICATE OF INTERESTED PARTIES OF PLAINTIFFS MANWIN LICENSING INTERNATIONAL S.À.R.L. AND DIGITAL PLAYGROUND, INC.