THOMAS P. LAMBERT (SBN 50952),
tpl@msk.com
JEAN PIERRE NOGUES (SBN 84445),
jpn@msk.com
KEVIN E. GAUT (SBN 117352),
keg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiffs
Manwin Licensing International S.à.r.l.
and Digital Playground, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>　　　　　　Defendants. | Case No.  CV11- 9514 PSG (JCGx)<br><br>The Honorable Philip S. Gutierrez<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO ACCEPT SERVICE OF COMPLAINT, EXTEND TIME TO RESPOND TO COMPLAINT, AND SET BRIEFING SCHEDULE**<br><br>Courtroom: 880 Roybal Federal Building |

Mitchell
Silberberg &
Knupp LLP

Pursuant to the Parties' Joint Stipulation, and good cause appearing, the Court hereby orders as follows:

1. Defendants shall respond to the Complaint by January 20, 2012.

2. The parties shall meet and confer, pursuant to Local Rule 7.3, concerning any responsive motions that Defendants intend to file not later than during the week of January 2, 2012.

3. Plaintiffs shall have until February 17, 2012 to file opposition to any responsive motions Defendants file.

4. Defendants shall have until March 16, 2012 to file replies in support of any response motions they file.

5. The motions initially will be set for hearing on April 2, 2012 at 10:00 a.m. However, the Court understands that the parties believe that the motions may be suitable for the setting of a hearing on a date and time other than during the Court's regular law and motion calendar so that the parties can be afforded more time for argument than would otherwise be possible. The parties shall advise the Court of their position on that issue after meeting and conferring on the motions, and the Court shall then determine whether to set a special hearing date and time.

**SO ORDERED.**

Dated: _____

Philip S. Gutierrez
United States District Court Judge
Central District of California

Mitchell Silberberg & Knupp LLP

1
[PROPOSED] ORDER APPROVING STIPULATION TO ACCEPT SERVICE OF COMPLAINT, EXTEND TIME TO RESPOND TO COMPLAINT, AND SET BRIEFING SCHEDULE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On December 20, 2011, I served a copy of the foregoing document(s) described as **[PROPOSED] ORDER APPROVING STIPULATION TO ACCEPT SERVICE OF COMPLAINT, EXTEND TIME TO RESPOND TO COMPLAINT, AND SET BRIEFING SCHEDULE** on the interested parties in this action at their last known address as set forth below by taking the action described below:

*Counsel for Internet Corporation for Assigned Names and Numbers*

Jeffrey A. LeVee
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300

Tel 213 243 2572
Fax 213 243 2539
E-mail: jlevee@jonesday.com

*Counsel for ICM Registry, LLC*

Andrea Weiss Jeffries
WilmerHale
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Tel 213 443 5397
Fax 213 443 5400 (f)
E-mail: andrea.jeffries@wilmerhale.com

☒ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on December 20, 2011, at Los Angeles, California.

_Jennifer A. Gaines_
Jennifer Gaines

Mitchell Silberberg & Knupp LLP
4359930.1