Jeffrey A. LeVee (State Bar No. 125863)
jlevee@jonesday.com
Kate Wallace (State Bar No. 234949)
kwallace@JonesDay.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071.2300
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539

Attorneys for Defendant
INTERNET CORPORATION FOR
ASSIGNED NAMES AND NUMBERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.A.R.L., a Luxembourg limited liability company (s.a.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ICM REGISTRY, LLC, d.b.a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and DOES 1-10,<br><br>Defendants. | Case No. CV11-9514 PSG (JCGx)<br><br>Assigned for all purposes to<br>The Honorable Philip S. Gutierrez<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>**[CENTRAL DISTRICT LOCAL RULE 7.1-1]** |

The undersigned, counsel of record for defendant Internet Corporation for Assigned Names and Numbers, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

    a.    Plaintiff Manwin Licensing International S.A.R.L.

1  b. Plaintiff Digital Playground, Inc.
2  c. Defendant ICM Registry, LLC, d/b/a .XXX
3  d. Defendant Internet Corporation for Assigned Names and Numbers

JONES DAY

By: /s/ Jeffrey A. LeVee
    Jeffrey A. LeVee

Attorneys for Defendant
INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS

LAI-3155536v1

- 2 -

NOTICE OF INTERESTED PARTIES
[Central District Local Rule 7.1-1]

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On December 20, 2011, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**NOTICE OF INTERESTED PARTIES**

in a sealed envelope, postage fully paid, addressed as follows:

> Andrea Weiss Jeffries
> WilmerHale
> 350 South Grand Avenue, Suite 2100
> Los Angeles, CA 90071

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 20, 2011, at Los Angeles, California.

_____
Larry Sublett