WILMER CUTLER PICKERING HALE AND DORR LLP
Andrea Weiss Jeffries (SBN: 183408)
andrea.jeffries@wilmerhale.com
Bethany Stevens (SBN: 245672)
bethany.stevens@wilmerhale.com
350 S. Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:  (213) 443-5300
Facsimile:   (213) 443-5400

Attorneys for Defendant ICM Registry, LLC

**DENIED BY ORDER OF THE COURT.**

E-FILED 01/10/12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.A.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br>　　　　　　　Defendants. | Case No.  CV11- 9514 PSG (JCGx)<br><br>The Honorable Philip S. Gutierrez<br><br>**[~~PROPOSED~~] ORDER APPROVING STIPULATION REGARDING LENGTH OF OPENING AND OPPOSING BRIEFS ON ICM'S FORTHCOMING MOTION TO DISMISS**<br><br>Date:  April 2, 2012<br>Time:  1:30 p.m.<br>Courtroom: 880 Roybal Federal Building |

*Wilmer Cutler Pickering Hale and Dorr LLP*
*350 S. Grand Avenue, Suite 2100*
*Los Angeles, California 90071*

**PURSUANT TO THE PARTIES' STIPULATION**, the parties' request that, in connection with defendant ICM Registry, LLC's ("ICM") forthcoming motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), the Court permit ICM to file a memorandum of points and authorities of no more than thirty (30) pages in length in support of its motion, and also permit Plaintiffs to file a memorandum of points and authorities of no more than thirty (30) pages in length in opposition to ICM's motion to dismiss, is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____01/09/_____, 2012

DENIED
_____
Honorable Philip S. Gutierrez
United States District Judge

Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, California 90071

1

[PROPOSED] ORDER APPROVING STIPULATION REGARDING LENGTH OF OPENING
AND OPPOSING BRIEFS
CV 11-9514-PSG (JCGx)