WILMER CUTLER PICKERING
HALE AND DORR LLP
Andrea Weiss Jeffries (SBN: 183408)
andrea.jeffries@wilmerhale.com
Bethany Stevens (SBN: 245672)
bethany.stevens@wilmerhale.com
350 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
+1 (213) 443-5300
+1 (213) 443-5400

J. Beckwith Burr (*pro hac vice*)
becky.burr@wilmerhale.com
Ali M. Stoeppelwerth (*pro hac vice*)
ali.stoeppelwerth@wilmerhale.com
Perry A. Lange (*pro hac vice*)
perry.lange@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
+1 (202) 663-6000
+1 (202) 663-6363

Attorneys for Defendant
ICM Registry, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING, INTERNATIONAL S.A.R.L. and DIGITAL PLAYGROUND, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>ICM REGISTRY, LLC, d/b/a .XXX; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS; and DOES 1-10<br><br>Defendants. | Case No. CV 11-9514-PSG (JCGx)<br><br>**DEFENDANT ICM REGISTRY, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO RULE 12(b)(6)**<br><br>Date:  April 2, 2012<br>Time:  1:30 p.m.<br>Place:  Courtroom 880<br><br>Hon. Philip S. Gutierrez |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT:

At 1:30 p.m. on April 2, 2012, or as soon as the matter may be heard in the courtroom of the Honorable Philip S. Gutierrez, defendant ICM Registry, LLC ("ICM"), will and hereby does, move pursuant to Federal Rule of Procedure 12(b)(6) for an order dismissing Plaintiffs' Complaint. More specifically, ICM moves to dismiss Plaintiffs' claims under §§ 1 and 2 of the Sherman Act on the grounds that (1) Plaintiffs have failed to plead antitrust injury or standing to assert claims under the antitrust laws; (2) Plaintiffs have failed to allege facts suggesting ICM and defendant Internet Corporation for Assigned Names and Numbers ("ICANN") conspired to impose an anticompetitive restraint; (3) Plaintiffs have not alleged that ICM or ICANN engaged in unilateral anticompetitive or exclusionary conduct; (4) Plaintiffs' § 2 claims impermissibly challenge alleged joint conduct by ICM and ICANN; and (5) the injunctive remedies that Plaintiffs seek inherently conflict with the government's role in overseeing the domain name system.

ICM moves to dismiss Plaintiffs' claims under §§ 16720, 16722 and 16726 of the California Cartwright Act and §§ 17200 and 17203 of the California Unfair Competition Law ("UCL") on the grounds that (1) the deficiencies in Plaintiffs' federal antitrust claims are fatal to their Cartwright Act claims and their claims under the "unlawful" and "unfair" prongs of the UCL, which are based on the very same allegations; (2) Plaintiffs have failed to allege any fraud on the public, as is required to prove their claim under the "fraud" prong of the UCL; and (3) Plaintiffs have failed to allege any injury sufficient to confer standing under the UCL.

This Motion is based on this Notice; the accompanying Memorandum of Points and Authorities; Section III.C. of the Memorandum of Points and Authorities in Support of ICANN's motion to dismiss; and such other authorities and argument as may be submitted in any reply at or before the hearing.

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Ave., Suite 2100
Los Angeles, CA 90071

DEFENDANT ICM'S NOTICE OF MOTION AND MOTION TO DISMISS
PLAINTIFFS' COMPLAINT PURSUANT TO RULE 12(b)(6)    1    CV 11-9514-PSG (JCGx)

1    This Motion is made following the conference of counsel pursuant to Local
2    Rule 7-3, which took place on January 4, 2012.

Respectfully Submitted,

Dated:  January 20, 2012            WILMER CUTLER PICKERING
                                     HALE AND DORR LLP

                                    By:   /s/ *Andrea Weiss Jeffries*
                                           Andrea Weiss Jeffries

                                    Attorneys for Defendant
                                    ICM Registry, LLC

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Ave., Suite 2100
Los Angeles, CA 90071

DEFENDANT ICM'S NOTICE OF MOTION AND MOTION TO DISMISS            CV 11-9514-PSG (JCGx)
PLAINTIFFS' COMPLAINT PURSUANT TO RULE 12(b)(6)    2