THOMAS P. LAMBERT (SBN 50952),
tpl@msk.com
JEAN PIERRE NOGUES (SBN 84445),
jpn@msk.com
KEVIN E. GAUT (SBN 117352),
keg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiffs
Manwin Licensing International S.à.r.l.
and Digital Playground, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.A.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>                Plaintiffs,<br><br>        v.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>                Defendants. | Case No.  CV11- 9514 PSG (JCGx)<br><br>The Honorable Philip S. Gutierrez<br><br>**STIPULATION TO TAKE MOTIONS OFF CALENDAR AND SETTING DATES FOR AMENDMENT AND RESPONSE**<br><br>Courtroom: 880 Roybal Federal Building |

**TO THE DISTRICT COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Manwin Licensing International S.à.r.l. and Digital Playground, Inc. (collectively, "Plaintiffs"), Defendant Internet Corporation for Assigned Names and Numbers ("ICANN"), and Defendant ICM Registry, LLC ("ICM"), stipulate as follows through their undersigned counsel of record:

1. On November 16, 2011, Plaintiffs filed the Complaint in this Action.

2. On December 20, 2011, the parties filed a Stipulation and [Proposed] Order, whereby ICANN and ICM agreed to accept service of the Complaint, and the parties agreed to a briefing schedule for ICANN and ICM to file responsive motions.

3. On December 27, 2011, the Court entered an Order agreeing to the stipulated schedule (the "December Order").

4. Pursuant to the December Order, on January 20, 2012, ICANN and ICM each filed a motion to dismiss pursuant to Rule of Federal Procedure 12(b)(6). In addition ICM filed a motion to strike pursuant to California Code of Civil Procedure Section 425.16 (collectively, the "Motions").

5. Plaintiffs have advised that they intend to amend their Complaint in response to the Motions. The parties have agreed in writing pursuant to Federal Rule of Civil Procedure Rule 15(a)(2) that Plaintiffs may have until February 17, 2012 to file an amendment to their Complaint.

6. In light of the upcoming amendment of the Complaint, the parties agree and hereby stipulate that the pending Motions should be taken off calendar.

7. In addition, in recent days, Plaintiffs and ICM have engaged in discussions aimed at resolving the disputes that are the subject of this litigation.

8. The parties believe that additional time would potentially allow the parties to resolve all or some portion of their disputes. Accordingly, the parties

1  hereby stipulate that Defendants shall have 60 days from the filing of the amended
2  Complaint to file an answer, motion or other response thereto. By continuing the
3  response date for the amended Complaint for 60 days, the parties will be able to
4  focus their energies on these efforts, and avoid unnecessarily expending the
5  parties' and the Court's resources.
6       9.    The parties therefore agree that Defendants shall have until April 17,
7  2012 to file a motion, answer or other response to the amended Complaint to be
8  filed on or before February 17, 2012.
9       10.   Neither the parties nor the Court will be prejudiced by an extension,
10 because there are no pending pre-trial or other deadlines in this action.

**SO STIPULATED.**

DATED: February 14, 2012

THOMAS P. LAMBERT
JEAN PIERRE NOGUES
KEVIN E. GAUT
MITCHELL SILBERBERG & KNUPP LLP

By: _____
   Kevin E. Gaut
   Attorneys for Defendant

DATED: February __, 2012

JEFFREY A. LEVEE
JONES DAY

By: _____
   Jeffrey A. LeVee
   Attorneys for Defendant Internet
   Corporation for Assigned Names and
   Numbers

hereby stipulate that Defendants shall have 60 days from the filing of the amended Complaint to file an answer, motion or other response thereto. By continuing the response date for the amended Complaint for 60 days, the parties will be able to focus their energies on these efforts, and avoid unnecessarily expending the parties' and the Court's resources.

9.  The parties therefore agree that Defendants shall have until April 17, 2012 to file a motion, answer or other response to the amended Complaint to be filed on or before February 17, 2012.

10.  Neither the parties nor the Court will be prejudiced by an extension, because there are no pending pre-trial or other deadlines in this action.

**SO STIPULATED.**

DATED: February __, 2012

THOMAS P. LAMBERT
JEAN PIERRE NOGUES
KEVIN E. GAUT
MITCHELL SILBERBERG & KNUPP LLP


By:_____
    Kevin E. Gaut
    Attorneys for Defendant


DATED: February 14, 2012

JEFFREY A. LEVEE
JONES DAY


By: *Jeffrey A. LeVee* /kpv/
    Jeffrey A. LeVee
    Attorneys for Defendant Internet
    Corporation for Assigned Names and
    Numbers

DATED: February __, 2012

ANDREA WEISS JEFFRIES
WILMER, CUTLER, PICKERING, HALE & DORR LLP

By: /s/ AW Jeffries

Andrea Weiss Jeffries
Attorneys for Defendant ICM Registry, LLC