THOMAS P. LAMBERT (SBN 50952),
tpl@msk.com
JEAN PIERRE NOGUES (SBN 84445),
jpn@msk.com
KEVIN E. GAUT (SBN 117352),
keg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiffs
Manwin Licensing International S.à.r.l.
and Digital Playground, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>    Defendants. | Case No.  CV11- 9514 PSG (JCGx)<br><br>The Honorable Philip S. Gutierrez<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO TAKE MOTIONS OFF CALENDAR AND SETTING DATES FOR AMENDMENT AND RESPONSE**<br><br>Courtroom: 880 Roybal Federal Building |

1 | The parties having agreed that Plaintiffs shall amend their Complaint herein on or before February 17, 2012 and having stipulated to allow Defendants additional time to respond to the amended Complaint, and good cause appearing, the Court hereby orders as follows:

1. ICANN's Motion to Dismiss, ICM's Motion to Dismiss, and ICM's Special Motion To Strike are hereby taken off calendar.

2. Defendants shall have until April 17, 2012 to file a motion, answer or other response to the amended Complaint to be filed herein.

**SO ORDERED.**

Dated: _____

Philip S. Gutierrez
United States District Court Judge
Central District of California