1 | THOMAS P. LAMBERT (SBN 50952),
tpl@msk.com
2 | JEAN PIERRE NOGUES (SBN 84445),
jpn@msk.com
3 | KEVIN E. GAUT (SBN 117352)
keg@msk.com
4 | MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
5 | Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
6 | Facsimile:   (310) 312-3100

E-FILED 2/15/2012
#18/19/20/21    4/2 HRG OFF

7 | Attorneys for Plaintiffs
Manwin Licensing International S.à.r.l.
8 | and Digital Playground, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,

Plaintiffs,

v.

ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,

Defendants.

Case No.  CV11- 9514 PSG (JCGx)

The Honorable Philip S. Gutierrez

**[PROPOSED] ORDER APPROVING STIPULATION TO TAKE MOTIONS OFF CALENDAR AND SETTING DATES FOR AMENDMENT AND RESPONSE**

Courtroom: 880 Roybal Federal Building

Mitchell Silberberg & Knupp LLP

[PROPOSED] ORDER APPROVING STIPULATION TO TAKE MOTIONS OFF CALENDAR AND SETTING DATES FOR AMENDMENT AND RESPONSE

The parties having agreed that Plaintiffs shall amend their Complaint herein on or before February 17, 2012 and having stipulated to allow Defendants additional time to respond to the amended Complaint, and good cause appearing, the Court hereby orders as follows:

1. ICANN's Motion to Dismiss, ICM's Motion to Dismiss, and ICM's Special Motion To Strike are hereby taken off calendar.

2. Defendants shall have until April 17, 2012 to file a motion, answer or other response to the amended Complaint to be filed herein.

**SO ORDERED.**

Dated:  2/15/12             **PHILIP S. GUTIERREZ**
                            Philip S. Gutierrez
                            United States District Court Judge
                            Central District of California