WILMER CUTLER PICKERING
HALE AND DORR LLP
Andrea Weiss Jeffries (SBN: 183408)
andrea.jeffries@wilmerhale.com
Bethany Stevens (SBN: 245672)
bethany.stevens@wilmerhale.com
350 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
+1 (213) 443-5300
+1 (213) 443-5400

J. Beckwith Burr (*pro hac vice*)
becky.burr@wilmerhale.com
Ali M. Stoeppelwerth (*pro hac vice*)
ali.stoeppelwerth@wilmerhale.com
Perry A. Lange (*pro hac vice*)
perry.lange@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
+1 (202) 663-6000
+1 (202) 663-6363

Attorneys for Defendant
ICM Registry, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>Defendants. | Case No.  CV11- 9514 PSG (JCGx)<br><br>The Honorable Philip S. Gutierrez<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ICM'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)**<br><br>Date: July 30, 2012<br>Time: 1:30 p.m.<br>Courtroom: 880 Roybal Federal Building |

[PROPOSED] ORDER GRANTING DEF. ICM'S MOT. TO DISMISS PLS.' FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(B)(6)                         CV 11-9514-PSG (JCGx)

The Court, having considered Defendant ICM Registry, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Rule 12(b)(6), the materials submitted in support thereof and in opposition thereto, and the arguments of counsel, hereby rules as follows.

IT IS HEREBY ORDERED that:

(1) ICM Registry, LLC's motion is GRANTED; and

(2) Plaintiffs' Claims for Relief are hereby DISMISSED WITH PREJUDICE.

Dated: _____, 2012

_____
Honorable Philip S. Gutierrez
United States District Judge