| | |
|---|---|
| 1 | Jeffrey A. LeVee (State Bar No. 125863) |
| | jlevee@JonesDay.com |
| 2 | Kate Wallace (State Bar No. 234949) |
| | kwallace@JonesDay.com |
| 3 | Cindy Reichline (State Bar No. 234947) |
| | creichline@JonesDay.com |
| 4 | JONES DAY |
| | 555 South Flower Street |
| 5 | Fiftieth Floor |
| | Los Angeles, CA  90071.2300 |
| 6 | Telephone:   (213) 489-3939 |
| | Facsimile:    (213) 243-2539 |
| 7 | |
| | Attorneys for Defendant |
| 8 | INTERNET CORPORATION FOR |
| | ASSIGNED NAMES AND NUMBERS |
| 9 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.A.R.L., a Luxembourg limited liability company (s.a.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>    Plaintiffs,<br><br> v.<br><br>ICM REGISTRY, LLC, d.b.a. .XXX, a Delaware limited liability corporation, INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California non-profit public benefit corporation, and DOES 1-10,<br><br>    Defendants. | Case No. CV11-9514 PSG (JCGx)<br><br>Assigned for all purposes to<br>The Honorable Philip S. Gutierrez<br><br>**NOTICE OF APPEARANCE OF COUNSEL CINDY REICHLINE** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that in addition to other attorneys from Jones Day, the following counsel will hereby appear in this matter as a counsel of record on behalf of Defendant Internet Corporation for Assigned Names and Numbers ("ICANN"):

> Cindy Reichline
> creichline@jonesday.com
> JONES DAY
> 555 South Flower Street
> Fiftieth Floor
> Los Angeles, CA  90071-2300
> Telephone:  (213) 489-3939
> Facsimile:  (213) 243-2539

Any and all notices, pleadings, correspondence and communications regarding this matter that are electronically served via the Court's CM/ECF system should use the email address provided above, and any document not served via the Court's CM/ECF system should be sent to the address set forth above.

Dated:      July 17, 2012           Respectfully submitted,

                                    Jones Day


                                    By: /s/ Cindy Reichline
                                         Cindy Reichline

                                    Attorneys for Defendant INTERNET
                                    CORPORATION FOR ASSIGNED
                                    NAMES AND NUMBERS