THOMAS P. LAMBERT (SBN 50952),
tpl@msk.com
JEAN PIERRE NOGUES (SBN 84445),
jpn@msk.com
KEVIN E. GAUT (SBN 117352),
keg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiffs
Manwin Licensing International S.à.r.l.
and Digital Playground, Inc.

E-FILED 09/11/12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>                    Defendants. | Case No.  CV11- 9514 PSG (JCGx)<br><br>The Honorable Philip S. Gutierrez<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION REGARDING SCHEDULE FOR ANSWERING FIRST AMENDED COMPLAINT AND FOR ASSERTING COUNTERCLAIMS AND CROSSCLAIMS**<br><br>Courtroom: 880 Roybal Federal Building |

Mitchell Silberberg & Knupp LLP

[PROPOSED] ORDER GRANTING STIPULATION REGARDING SCHEDULE FOR ANSWERING FIRST AMENDED COMPLAINT AND FOR ASSERTING COUNTERCLAIMS AND CROSSCLAIMS

4825277.3/48277-00011

1    The parties having agreed that the following schedule shall apply, and good
2 cause appearing, the Court hereby orders as follows:
3    1.   Defendants ICM and ICANN shall answer Plaintiffs' First Amended
4 Complaint, as limited by this Court's order dated August 14, 2012, on or before
5 September 28, 2012.
6    2.   Said Defendants shall file and serve any counterclaims and
7 crossclaims on or before September 28, 2012.
8    3.   Responding parties shall have up to and including November 9, 2012
9 to respond to any counterclaims and crossclaims.

11   **SO ORDERED.**

13 Dated: 09/11/12

## PHILIP S. GUTIERREZ
_____
Philip S. Gutierrez
United States District Court Judge
Central District of California

Mitchell Silberberg & Knupp LLP

4825277.3/48277-00011

1

[PROPOSED] ORDER GRANTING STIPULATION REGARDING SCHEDULE FOR ANSWERING FIRST AMENDED COMPLAINT AND FOR ASSERTING COUNTERCLAIMS AND CROSSCLAIMS