Richard P. Sybert, Bar No. 80731
email rsybert@gordonrees.com
Hazel Mae B. Pangan, Bar No. 272657
email hpangan@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 1600
San Diego, California 92101
tel (619) 696-6700 / fax (619) 696-7124

Bret A. Fausett, Bar No. 139420
email bret@internet.pro
INTERNET PRO APC
4640 Admiralty Way, 5th Floor
Marina Del Rey, California 90292
tel (310) 496-5755

Attorneys for Defendant
ICM REGISTRY, LLC d/b/a .XXX, a Delaware limited liability company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.A.R.L., a Luxembourg limited liability company (s.à.r.l.) and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>Defendants. | CASE NO. CV 11-9514-PSG (JCGx)<br><br>*Honorable Philip S. Gutierrez*<br><br>**NOTICE OF APPEARANCE** |

TO THIS COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Scott R. Austin, from the law offices of Gordon & Rees LLP, hereby files this Notice of Appearance in the above-captioned case as counsel for Defendant ICM REGISTRY, LLC d/b/a .XXX, and

- 1 -
**NOTICE OF APPEARANCE**
CASE NO. CV 11-9514-PSG

1  requests that copies of all briefs, motions, orders, pleadings, and other documents
2  filed with this Court be electronically served upon the undersigned at the below-
3  referenced address and/or email address:

4  Scott R. Austin, Esq.
   *Admitted Pro Hac Vice*
5  Gordon & Rees LLP
   200 S. Biscayne Boulevard
6  Suite 4300
   Miama, Florida 33131
7  Telephone: (305) 428-5331
   Facsimile:  (877) 633-6207
8  Email: saustin@gordonrees.com

9

10 Dated: October 12, 2012                    Respectfully submitted,

11                                            GORDON & REES LLP

12

13

14                                   By:   */s/ Scott R. Austin*
                                           Richard P. Sybert
15                                         Hazel Mae B. Pangan
                                           Bret A. Fausett
16                                         Attorneys for Defendant
                                           ICM REGISTRY, LLC
17                                         d/b/a .XXX

18

19

20

21

22

23

24

25

26

27

28