THOMAS P. LAMBERT (SBN 50952),
tpl@msk.com
JEAN PIERRE NOGUES (SBN 84445),
jpn@msk.com
KEVIN E. GAUT (SBN 117352),
keg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiffs and Counterdefendants
Manwin Licensing International S.à.r.l.
and Digital Playground, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>Defendants.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation,<br><br>Counterclaimants,<br><br>v. | Case No.  CV11- 9514 PSG (JCGx)<br><br>The Honorable Philip S. Gutierrez<br><br>**STIPULATION REGARDING SCHEDULE FOR FILING FIRST AMENDED ANSWERS AND MOVING TO STRIKE SAME**<br><br>Courtroom: 880 Roybal Federal Building |

1
2   MANWIN LICENSING
3   INTERNATIONAL S.À.R.L., a
    Luxemburg limited liability company
4   (s.à.r.l.), and DIGITAL
    PLAYGROUND, INC., a California
5   corporation; and DOES 1 through 10,
    inclusive;
6
                Counterdefendants.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mitchell
Silberberg &
Knupp LLP

STIPULATION REGARDING SCHEDULE FOR FILING FIRST AMENDED ANSWERS
AND MOVING TO STRIKE SAME

4917702.1/48277-00011

**TO THE DISTRICT COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs and Counterdefendants Manwin Licensing International S.à.r.l. and Digital Playground, Inc. (collectively, "Plaintiffs"), Defendant Internet Corporation for Assigned Names and Numbers ("ICANN"), and Defendant and Counterclaimant ICM Registry, LLC ("ICM") (Plaintiffs, ICANN, and ICM are collectively referred to herein as the "Parties"), stipulate as follows through their undersigned counsel of record:

1. By Order dated September 11, 2012, the Court granted the Parties' Stipulation Regarding Schedule For Answering First Amended Complaint And For Asserting Counterclaims And Crossclaims (the "September 11 Order").

2. Pursuant to the September 11 Order, ICM and ICANN filed and served their respective Answers on September 28, 2012. ICM filed and served counterclaims the same day.

3. Plaintiffs have raised their concerns regarding both ICM and ICANN's answers, and have initiated a "meet and confer" process with regard to their possible motion to strike certain affirmative defenses in the Answers.

4. Pursuant to Federal Rule of Civil Procedure 12(f)(2), without more, any motion to strike the Answers must be filed by October 19, 2012.

5. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(A), without more, an amended answer, as a matter of course, must be filed by October 19, 2012.

6. Without conceding any deficiency, both ICM and ICANN agreed to file amended answers by November 2, 2012.

7. The parties therefore agree on the following schedule for ICM and ICANN to file their respective First Amended Answers, and, should Plaintiffs then

1 deem it necessary, for Plaintiffs to file a motion to strike certain affirmative
2 defenses in the same:

3     (a) ICM and ICANN shall file their respective First Amended
4 Answers on or before November 2, 2012.

5     (b) Plaintiffs shall file any motion to strike affirmative defenses
6 from either first amended answer on or before November 30, 2012.

7   8. The only prior extensions of time that have been requested or granted
8 concerning the first amended complaint, are those pertaining to the briefing
9 schedule on Defendants' motions to dismiss, and those contained in the September
10 11 Order.

11   9. Neither the Parties nor the Court will be prejudiced by an extension,
12 because there are no pending pre-trial or other deadlines in this action.

14 **SO STIPULATED.**

16 DATED: October 18, 2012
THOMAS P. LAMBERT
JEAN PIERRE NOGUES
KEVIN E. GAUT
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Kevin E. Gaut
Kevin E. Gaut
Attorneys for Plaintiffs and
Counterdefendants

23 DATED: October 18, 2012
JEFFREY A. LEVEE
JONES DAY

By: /s/ Jeffrey A. LeVee
Jeffrey A. LeVee
Attorneys for Defendant Internet
Corporation for Assigned Names and
Numbers

2

STIPULATION REGARDING SCHEDULE FOR FILING FIRST AMENDED ANSWERS
AND MOVING TO STRIKE SAME

Mitchell Silberberg & Knupp LLP

4917702.1/48277-00011

DATED: October 18, 2012      RICHARD P. SYBERT
                             GORDON & REES LLP


                             By: /s/ Richard P. Sybert
                                 Richard P. Sybert
                                 Attorneys for Defendant and
                                 Counterclaimant ICM Registry, LLC

**Attestation Regarding Signatures**

I, Kevin E. Gaut, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 18, 2012      By:  /s/ Kevin E. Gaut
                                  Kevin E. Gaut