1  THOMAS P. LAMBERT (SBN 50952),
   tpl@msk.com
2  JEAN PIERRE NOGUES (SBN 84445),
   jpn@msk.com
3  KEVIN E. GAUT (SBN 117352),
   keg@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, California 90064-1683
   Telephone:  (310) 312-2000
6  Facsimile:   (310) 312-3100

7  Attorneys for Plaintiffs and Counterdefendants
   Manwin Licensing International S.à.r.l.
8  and Digital Playground, Inc.

E-FILED 10/19/12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>Defendants.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation,<br><br>Counterclaimants,<br><br>v. | Case No.  CV11- 9514 PSG (JCGx)<br><br>The Honorable Philip S. Gutierrez<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING SCHEDULE FOR FILING FIRST AMENDED ANSWERS AND MOVING TO STRIKE SAME**<br><br>Courtroom: 880 Roybal Federal Building |

MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation; and DOES 1 through 10, inclusive;

          Counterdefendants.

The parties having agreed that the following schedule shall apply, and good cause appearing, the Court hereby orders as follows:

1. Defendant Internet Corporation for Assigned Names and Numbers ("ICANN") and Defendant and Countercomplainant ICM Registry, LLC ("ICM") shall file their respective First Amended Answers on or before November 2, 2012.

2. Plaintiffs and Counterdefendants Manwin Licensing International S.à.r.l. and Digital Playground, Inc. shall file any motion to strike affirmative defenses from either First Amended Answer on or before November 30, 2012.

**SO ORDERED.**

Dated: 10/19/12

**PHILIP S. GUTIERREZ**
_____
Philip S. Gutierrez
United States District Court Judge
Central District of California