THOMAS P. LAMBERT (SBN 50952),
tpl@msk.com
JEAN PIERRE NOGUES (SBN 84445),
jpn@msk.com
KEVIN E. GAUT (SBN 117352),
keg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiffs
Manwin Licensing International S.à.r.l.
and Digital Playground, Inc.

E-FILED 11/07/12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>                    Defendants. | Case No.  CV11- 9514 PSG (JCGx)<br><br>The Honorable Philip S. Gutierrez<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION REGARDING AMENDED COUNTERCLAIMS AND SCHEDULING CONFERENCE**<br><br>Courtroom: 880 Roybal Federal Building |

The parties having agreed to a schedule for ICM to file amended counterclaims and for Plaintiffs to respond thereto, and good cause appearing, the Court hereby orders as follows:

1. ICM shall serve and file its amended counterclaims on or before November 13, 2012.

2. Plaintiffs shall respond to ICM's amended counterclaims on or before December 7, 2012.

3. To enable the parties to have a more meaningful Rule 26(f) meeting after the pleadings in this mater are settled, the Court continues the current Rule 16(b) scheduling conference from January 14, 2013 to February 25, 2013. The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than **21 days** prior to the scheduling conference, and to file a joint statement with the Court not later than **14 days** after they confer, as required by F.R. Civ.P. 26 and the Local Rules of this Court. In their F.R.Civ. P. 26(f) Report, the parties shall indicate whether they have agreed to participate in the Court's ADR Program, to private mediation or, upon a showing of good cause, to a Magistrate Judge for a settlement conference. Failure to comply may lead to the imposition of sanctions.

**SO ORDERED.**

Dated: 11/07/12

PHILIP S. GUTIERREZ
_____
Philip S. Gutierrez
United States District Court Judge
Central District of California