Richard P. Sybert, Bar No. 80731
rsybert@gordonrees.com
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, California 92101
Tel (619) 230-7768 / fax (619) 595-5768

Attorneys for Defendants and Counterclaimant
ICM REGISTRY, LLC, d/b/a .XXX

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>        Plaintiffs,<br>   v.<br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>        Defendants. | Case No.  CV11- 9514 PSG (JCGx)<br><br>*Honorable Philip S. Gutierrez*<br><br>**STIPULATION REGARDING RULE 16(B) SCHEDULING CONFERENCE**<br><br>Courtroom: 880 Roybal Federal Building |
| ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation,<br><br>        Counterclaimant,<br>   v.<br>MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation; and DOES 1 through 10, inclusive;<br><br>        Counterdefendants. | |

STIPULATION REGARDING RULE 16(b) SCHEDULING CONFERENCE

**TO THE DISTRICT COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs and Counterdefendants Manwin Licensing International S.à.r.l. and Digital Playground, Inc. (collectively, "Plaintiffs"), Defendant Internet Corporation for Assigned Names and Numbers ("ICANN"), and Defendant and Counterclaimant ICM Registry, LLC ("ICM"), all collectively referred to herein as the "Parties," stipulate as follows through their undersigned counsel of record:

1.  By Order dated November 7, 2012, the Court granted the Parties' Stipulation Regarding Amended Counterclaims and Scheduling Conference, whereby the Court continued the Rule 16(b) scheduling conference in this matter from January 14, 2013 to February 25, 2013.

2.  Counsel for ICM will be out of the country February 19-27 on a pre-paid cultural exchange trip through UCLA to Cuba.

3.  The Parties therefore stipulate and respectfully request that the Rule 16(b) Scheduling Conference be set outside those dates. Neither the Parties nor the Court will be prejudiced by such change, because there are no pending pre-trial or other deadlines in this action.

**SO STIPULATED.**

DATED: November 8, 2012         THOMAS P. LAMBERT
                                JEAN PIERRE NOGUES
                                KEVIN E. GAUT
                                MITCHELL SILBERBERG & KNUPP LLP


                                by  /s/ Kevin E. Gaut
                                    Kevin E. Gaut
                                    Attorneys for Plaintiffs and
                                    Counterdefendants

| | | |
|---|---|---|
| 1 | DATED:  November 8, 2012 | JEFFREY A. LEVEE<br>JONES DAY |
| 2 | | |
| 3 | | |
| 4 | | by  /s/ Jeffrey A. LeVee<br>Jeffrey A. LeVee |
| 5 | | Attorneys for Defendant Internet Corporation for Assigned Names and Numbers |
| 6 | | |
| 7 | DATED:  November 8, 2012 | RICHARD P. SYBERT<br>GORDON & REES LLP |
| 8 | | |
| 9 | | by  /s/ Richard P. Sybert |
| 10 | | Richard P. Sybert<br>Attorneys for Defendant and Counterclaimant ICM Registry, LLC |
| 11 | | |

## **ATTESTATION REGARDING SIGNATURES**

I, Richard P. Sybert, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  November 8, 2012              /s/ Richard P. Sybert
                                       Richard P. Sybert

2
STIPULATION REGARDING RULE 16(b) SCHEDULING CONFERENCE

# CERTIFICATE OF E-FILE SERVICE

I hereby certify that on November 8, 2012, a copy of the foregoing document and was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail (N/A). Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Kevin Elliot Gaut<br>Jean P. Nogues<br>Thomas P. Lambert<br>Mitchell Silberberg and Knupp LLP<br>11377 West Olympic Boulevard<br>Los Angeles, CA  90064<br>(310) 312-3179<br>Fax: (310) 312-3100<br>keg@msk.com<br>jpn@msk.com<br>tpl@msk.com<br><br>Attorneys for Plaintiffs<br>Manwin Licensing International S.A.R.L. and Digital Playground, Inc. | Jeffrey A. LeVee<br>Kathleen P. Wallace<br>Cindy Zone Reichline<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA  90071<br>(213) 489-3939<br>Fax: (213) 243-2539<br>jlevee@jonesday.com<br>kwallace@jonesday.com<br>creichline@jonesday.com<br><br>Attorneys for Defendant,<br>Internet Corporation for Assigned Names and Numbers |
| J. Matthew Williams<br>Mitchell Silberberg and Knupp LLP<br>1818 N Street NE 8th Floor<br>Washington, DC  20036<br>(202) 355-7900<br>Fax: (310) 312-3100<br>mxw@msk.com<br>Attorneys for Plaintiffs<br>Manwin Licensing International S.A.R.L. and Digital Playground, Inc. | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed on November 8, 2012, in the City of San Diego, State of California.

　　　　　　　　　　　　　　　　　　　　*/s/ Richard P. Sybert*
　　　　　　　　　　　　　　　　　　　　　Richard P. Sybert

DRDF/1082683/14043556v.1