E-FILED 11/14/12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTER-NATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br>　　v.<br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>　　　　　Defendants. | Case No.  CV11- 9514 PSG (JCGx)<br><br>*Honorable Philip S. Gutierrez*<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION REGARDING RULE 16(B) SCHEDULING CONFERENCE**<br><br>Courtroom: 880 Roybal Federal Building |
| ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation,<br><br>　　　　　Counterclaimant,<br>　　v.<br>MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation; and DOES 1 through 10, inclusive;<br><br>　　　　　Counterdefendants. | |

[PROPOSED] ORDER ON STIPULATION REGARDING RULE 16(b) SCHEDULING CONFERENCE

| | |
|---|---|
| 1 | This Court having reviewed the joint stipulation of the parties, through |
| 2 | counsel, concerning the continuance of the Rule 16(b) scheduling conference in |
| 3 | this matter from February 25, 2013 to a date outside of February 19-27, 2013 due |
| 4 | to ICM's counsel's pre-paid international travel, and good cause appearing, **IT IS** |
| 5 | **ORDERED THAT** the Rule 16(b) scheduling conference shall be continued to |
| 6 | __03/18/13_____. |
| 7 | |
| 8 | **IT IS SO ORDERED.** |
| 9 | |
| 10 | DATED: 11/13/12                    PHILIP S. GUTIERREZ _____ |
| 11 |                                                  Hon. Philip S. Gutierrez |
| 12 |                                                  United States District Judge |