THOMAS P. LAMBERT (SBN 50952),
tpl@msk.com
JEAN PIERRE NOGUES (SBN 84445),
jpn@msk.com
KEVIN E. GAUT (SBN 117352),
keg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

E-FILED 12/05/12

Attorneys for Plaintiffs and Counterdefendants
Manwin Licensing International S.à.r.l.
and Digital Playground, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  CV11- 9514 PSG (JCGx)<br><br>The Honorable Philip S. Gutierrez<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTIONS CHALLENGING FIRST AMENDED COUNTERCLAIMS**<br><br>Courtroom: 880 Roybal Federal Building |

Mitchell
Silberberg &
Knupp LLP

[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTIONS
CHALLENGING FIRST AMENDED COUNTERCLAIMS

4997556.1/48277-00011

1  The parties having agreed that the following schedule shall apply, and good
2  cause appearing, the Court hereby orders as follows:
3      1.    Plaintiffs and Counterdefendants Manwin Licensing International
4  S.à.r.l. and Digital Playground, Inc. (collectively, "Manwin") shall serve and file
5  any motion to dismiss, motion to strike, or special motion to strike Defendant and
6  Countercomplainant ICM Registry, LLC's ("ICM") first amended counterclaims
7  (the "Motions") on or before December 7, 2012.
8      2.    ICM shall serve and file any opposition to the Motions on or before
9  January 14, 2013.
10      3.    Manwin shall serve and file any reply in support of the Motions on or
11  before January 28, 2013.
12      4.    The hearing on the Motions shall take place on February 11, 2013.

**SO ORDERED.**

Dated: 12/05/12

**PHILIP S. GUTIERREZ**
_____
Philip S. Gutierrez
United States District Court Judge
Central District of California

Mitchell Silberberg & Knupp LLP

4997556.1/48277-00011

1

[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTIONS CHALLENGING FIRST AMENDED COUNTERCLAIMS