THOMAS P. LAMBERT (50952)
tpl@msk.com
JEAN PIERRE NOGUES (84445)
jpn@msk.com
KEVIN E. GAUT (117352)
keg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs and Counterclaim Defendants Manwin Licensing International S.A.R.L., a Luxemburg Limited Liability Company (S.A.R.L.), and Digital Playground, Inc., a California Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - ROYBAL FEDERAL BUILDING

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.A.R.L., a Luxemburg limited liability company (s.a.r.l.); and DIGITAL PLAYGROUND, INC., a California corporation,<br>　　　　Plaintiffs,<br>　v.<br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and DOES 1-10,<br>　　　　Defendants. | CASE NO. CV11-9514 PSG (JCGX)<br><br>**DECLARATION OF KATE MILLER IN SUPPORT OF COUNTERDEFENDANTS' SPECIAL MOTION TO STRIKE COUNTERCLAIMS PURSUANT TO CALIFORNIA CODE OF CIVIL PROC. SEC. 425.16**<br><br>Time:　1:30<br>Date:　February 11, 2013 |
| AND RELATED COUNTERCLAIM | |

Mitchell Silberberg & Knupp LLP
4994251.1

**DECLARATION OF KATE MILLER IN SUPPORT OF COUNTERDEFENDANTS' SPECIAL MOTION TO STRIKE COUNTERCLAIMS PURSUANT TO CALIFORNIA CODE OF CIVIL PROC. SEC. 425.16**

# DECLARATION OF KATE MILLER

I, KATE MILLER, declare:

1. I am the director of communications and marketing for Manwin Licensing International S.á.r.l. ("Manwin"). I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On or about September 23, 2011, I, along with Manwin's Managing Partner, Fabian Thylmann, attended a meeting with ICM Registry, LLC's ("ICM") CEO, Stuart Lawley. At that meeting, we informed Mr. Lawley that Manwin intended to file a lawsuit challenging ICM's establishment of the .XXX top level domain. The express purpose of that meeting was to discuss settlement, i.e., to determine if litigation could be avoided through a mutual agreement to mitigate some of the anticompetitive aspects of the operation of the .XXX top level domain.

3. On or about October 12, 2011, I, along with Mr. Thylmann, attended another meeting with Mr. Lawley. As with the September 23, 2011 meeting, we again discussed with Mr. Lawley that Manwin intended to file a lawsuit challenging ICM's establishment of the .XXX top level domain. As with the September 23, 2011 meeting, the express purpose of the October 12, 2011 meeting was to discuss settlement

4. I have reviewed both Manwin's first amended complaint and ICM's first amended counterclaims in this matter.

5. The allegations contained in paragraphs 30, 31, 34, 36, 55(e) and (f), of ICM's first amended counterclaims each refer to conversations that took place at the settlement meetings described in paragraphs 2 and 3, above (although I do not agree with ICM's characterization of those conversations).

6. In my role as director of communications and marketing, I am in charge of supervising the release of Manwin's press releases. Attached as Exhibit 1 is a press release issued by Manwin on December 2, 2011, setting forth Manwin's

Mitchell Silberberg & Knupp LLP
4994251.1

DECLARATION OF KATE MILLER IN SUPPORT OF COUNTERDEFENDANTS' SPECIAL MOTION TO STRIKE COUNTERCLAIMS PURSUANT TO CALIFORNIA CODE OF CIVIL PROC. SEC. 425.16

1 announcement with respect to .XXX. I am informed and believe that this is the
2 policy obliquely referenced to by ICM in, among others, paragraphs 32, 33, 37, 44,
3 and 55 of its first amended counterclaims.
4     I declare under penalty of perjury under the laws of the United States of
5 America that the foregoing is true and correct.
6     Executed this 7th day of December, 2012, at Montreal, Quebec, Canada.

*/s/ Kate Miller*
Kate Miller

DECLARATION OF KATE MILLER IN SUPPORT OF COUNTERDEFENDANTS' SPECIAL MOTION TO STRIKE COUNTERCLAIMS PURSUANT TO CALIFORNIA CODE OF CIVIL PROC. SEC. 425.16

# EXHIBIT 1



For Immediate Release

## Manwin Permanently Bans All Business With .XXX TLD

**December 2, 2011 — LUXEMBOURG —** In addition to the lawsuit filed on November 16, 2011, Manwin has determined to cease any and all Internet liaisons with the .XXX Top Level Domain.

As of today, Manwin has banned all activities between its brands and internet sites registered with a .XXX TLD.

"We oppose the .XXX domain and all it stands for," said Fabian Thylmann, Managing Partner of Manwin. "It is my opinion that .XXX domain is an anticompetitive business practice that works a disservice to all companies that do business on the Internet."

"The lawsuit was just the beginning," added Thylmann. "Through this ban, we hope to make a strong statement against the .XXX domain."

Manwin will no longer permit content from or advertising for .XXX websites on its Tube sites.

In addition, Manwin will not permit its content to be used or advertised on .XXX websites. This will prevent ICM or .XXX from exploiting the 60 million daily visitors to Manwin's network sites.

By permanently blocking the .XXX domain, Manwin hopes to send a clear message that it does not support ICM or .XXX.

– 30 –

For more information contact:
Kate Miller
Manwin Public Relations, North America
kate.miller@manwin.com
1 514 359 3555, extension 266



**About Manwin**

Manwin, an information technology company specializing in highly trafficked websites, owns and licenses the trademarks and domain names used for many of the most popular adult-oriented websites. It is the largest network of adult websites in the world, with more than 60 million daily visitors.

As an uncontested market leader in the online adult entertainment industry, Manwin has developed various in-house technologies with respect to High Definition (HD) video streaming and website optimization, which enables it to compete on a matchless playing field.

Based out of Europe, Manwin headquarters are in Luxembourg, with management offices in Hamburg, London, Montreal and Los Angeles. For additional information on Manwin, visit www.manwin.com.