**From:** Fabian <Fabian.Thylmann@manwin.com>
**Subject: Re: Potential meeting in Montreal on 12th October.**
**Date:** September 29, 2011 5:35:35 PM EDT
**To:** Stuart Lawley <stuart@lawley.com>

Hi,

an NDA is not anything that I see as needed currently. I am not planning to reveal to you any internal data or such, so I have no benefit of signing one. We are also not yet in any position of being close to anything we all are happy with, we can always sign prepared NDAs in the room in Montreal once we see we are getting somewhere.

Get me a draft for now so we have it reviewed when you come.

The date is good, 12th October, I would expect we should plan for 11am until 6pm, with a lunch break in the middle. The best is to fly into YUL, no other airport that is any closer to the office. Airport to our office, roughly 15 minutes.

I will have my main chiefs for north america with me (Feras Antoon, David Tassillo and Perry Strathopoulos), and probably Kate as well.

**Fabian Thylmann**
**Managing Partner, Manwin**
ICQ: 1889711
Office: +352.20880.927 / Fax: +352.20880.928
Germany: +49.40.284673.450 / Fax: +49.40.284673.33.450
Canada: +1.514.359.3555 / Fax: +1.514.359.3556
Email: fabian@manwin.com



On Sep 29, 2011, at 10:44 PM, Stuart Lawley wrote:

> Fabian,
>
> It was good to finally meet you in person last week in London.
>
> I hope the conference went well for you.
>
> JT suggest that we fly up to meet you and some of your team on Wednesday 12th October.
>
> I propose to bring with me JT , Greg Dumas, our COO Tony Farrow and General Counsel Sheri Falco and we would stop off and pick up Bob Corn-Revere in Washington DC en route to Montreal.
>
> I am preparing papers on the points you raised at our meeting for discussion and , from our end the purpose of the meeting would be to discuss these issues, discuss your existing portfolio of names and hopefully, if things progress positively, to discuss how Manwin and ICM may jointly benefit by investigating the possibility of Manwin developing and running some of the prime category killer generic domains in the .XXX space, should that appeal.
>
> I think it would be beneficial for us to enter into a mutual NDA prior to that meeting so that we can all speak frankly and openly.
>
> Can you let me know if that date is confirmed so I can arrange the pilots and also how many hours on site you think we may need.

If you have any additional Agenda items please let me have them and I would also be interested in learning who else we may meet with whilst we are there.

I would expect we would arrive mid morning, assuming you are not too far from the nearest airport. CAn you confirm which airfield is best for us to come in on.

**Stuart Lawley**  Chief Executive

| | |
|---|---|
| **e:** | sjlawley@icmregistry.com |
| **w:** | www.icmregistry.com |