Richard P. Sybert, Bar No. 80731
email rsybert@gordonrees.com
Hazel Mae B. Pangan, Bar No. 272657
email hpangan@gordonrees.com
Justin H. Aida, Bar No. 284606
email jaida@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 1600
San Diego, California 92101
tel (619) 696-6700 / fax (619) 696-7124

Bret A. Fausett, Bar No. 139420
email bret@internet.pro
INTERNET PRO APC
4640 Admiralty Way, 5th Floor
Marina Del Rey, California 90292
tel (310) 496-5755

Attorneys for Defendant
ICM REGISTRY, LLC d/b/a .XXX, a Delaware limited liability company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.A.R.L., a Luxembourg limited liability company (s.à.r.l.) and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>Plaintiffs,<br>vs.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>Defendants. | CASE NO. CV 11-9514-PSG (JCGx)<br><br>*Honorable Philip S. Gutierrez*<br><br>**SECOND CORRECTED EXHIBIT 1 TO LAWLEY DECLARATION IN SUPPORT OF COUNTERCLAIMANT ICM REGISTRY, LLC'S OPPOSITION TO COUNTERDEFENDANTS' SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16** |
| ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation,<br><br>Counterclaimant,<br>vs.<br><br>MANWIN LICENSING INTERNATIONAL S.A.R.L., a Luxembourg limited liability company (s.à.r.l.); DIGITAL PLAYGROUND, INC., a California corporation, and Does 11-20,<br><br>Counterdefendants. | Hearing Date: Feb. 11, 2013<br>Hearing Time: 1:30 p.m.<br>Courtroom: 880 Roybal Federal Building |

**SECOND CORRECTED EXHIBIT 1 TO LAWLEY DECLARATION IN SUPPORT OF ICM REGISTRY, LLC'S OPPOSITION TO MOTION TO STRIKE**
**CASE NO. CV 11-9514-PSG**

1  Defendant and Counterclaimant ICM Registry, LLC ("ICM") hereby files
2  the Second Corrected Exhibit 1 to the Declaration of Stuart Lawley in Support of
3  ICM's Opposition to the Motion brought by Plaintiffs and Counterdefendants
4  Manwin Licensing International, S.A.R.L. and Digital Playground, Inc. to strike
5  ICM's state law counterclaims.

6  Dated: January 15, 2013                    Respectfully submitted,
7                                              GORDON & REES LLP
8                                     by   _____
9                                              Richard P. Sybert
10                                             Hazel Mae B. Pangan
                                               Justin H. Aida
11                                             Bret A. Fausett
                                               Attorneys for Counterclaimant
12                                             ICM REGISTRY, LLC dba .XXX

- i -

**SECOND CORRECTED EXHIBIT 1 TO LAWLEY DECLARATION IN SUPPORT OF ICM REGISTRY, LLC'S OPPOSITION TO MOTION TO STRIKE**
**CASE NO. CV 11-9514-PSG**

## CERTIFICATE OF SERVICE

1  
2    I hereby certify that on January 15, 2013, a copy of the foregoing document and was filed electronically. Notice of this filing will be sent by operation of the
3    Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail (N/A). Parties may
4    access this filing through the Court's electronic filing system.
5

| | |
|---|---|
| Kevin Elliot Gaut<br>Jean P. Nogues<br>Thomas P. Lambert<br>Mitchell Silberberg and Knupp LLP<br>11377 West Olympic Boulevard<br>Los Angeles, CA  90064<br>(310) 312-3179<br>Fax: (310) 312-3100<br>keg@msk.com<br>jpn@msk.com<br>tpl@msk.com<br><br>Attorneys for Plaintiffs<br>Manwin Licensing International S.A.R.L. and Digital Playground, Inc. | Jeffrey A. LeVee<br>Eric P. Enson<br>Kathleen P. Wallace<br>Cindy Zone Reichline<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA  90071<br>(213) 489-3939<br>Fax: (213) 243-2539<br>jlevee@jonesday.com<br>epenson@jonesday.com<br>kwallace@jonesday.com<br>creichline@jonesday.com<br><br>Attorneys for Defendant,<br>Internet Corporation for Assigned Names and Numbers |
| J. Matthew Williams<br>Mitchell Silberberg and Knupp LLP<br>1818 N Street NE 8th Floor<br>Washington, DC  20036<br>(202) 355-7900<br>Fax: (310) 312-3100<br>mxw@msk.com<br>Attorneys for Plaintiffs<br>Manwin Licensing International S.A.R.L. and Digital Playground, Inc. | |

20    I declare under penalty of perjury under the laws of the United States of
21    America that the foregoing is true and correct and executed on January 15, 2013, in the City of San Diego, State of California.
22
23
24                                       */s/ Richard P. Sybert*
                                         Richard P. Sybert
25
26
27
28

- 1 -

ICM/1083510/14515933v.1

**SECOND CORRECTED EXHIBIT 1 TO LAWLEY DECLARATION IN SUPPORT OF ICM REGISTRY, LLC'S OPPOSITION TO MOTION TO STRIKE**
**CASE NO.  CV 11-9514-PSG**

# Exhibit 1

**From:** Fabian <Fabian.Thylmann@manwin.com>
**Subject: Re: Potential meeting in Montreal on 12th October.**
**Date:** September 29, 2011 5:35:35 PM EDT
**To:** Stuart Lawley <stuart@lawley.com>

Hi,

an NDA is not anything that I see as needed currently. I am not planning to reveal to you any internal data or such, so I have no benefit of signing one. We are also not yet in any position of being close to anything we all are happy with, we can always sign prepared NDAs in the room in Montreal once we see we are getting somewhere.

Get me a draft for now so we have it reviewed when you come.

The date is good, 12th October, I would expect we should plan for 11am until 6pm, with a lunch break in the middle. The best is to fly into YUL, no other airport that is any closer to the office. Airport to our office, roughly 15 minutes.

I will have my main chiefs for north america with me (Feras Antoon, David Tassillo and Perry Strathopoulos), and probably Kate as well.

**Fabian Thylmann**
**Managing Partner, Manwin**
ICQ: 1889711
Office: +352.20880.927 / Fax: +352.20880.928
Germany: +49.40.284673.450 / Fax: +49.40.284673.33.450
Canada: +1.514.359.3555 / Fax: +1.514.359.3556
Email: fabian@manwin.com



On Sep 29, 2011, at 10:44 PM, Stuart Lawley wrote:

Fabian,

It was good to finally meet you in person last week in London.

I hope the conference went well for you.

JT suggest that we fly up to meet you and some of your team on Wednesday 12th October.

I propose to bring with me JT , Greg Dumas, our COO Tony Farrow and General Counsel Sheri Falco and we would stop off and pick up Bob Corn-Revere in Washington DC en route to Montreal.

I am preparing papers on the points you raised at our meeting for discussion and , from our end the purpose of the meeting would be to discuss these issues, discuss your existing portfolio of names and hopefully, if things progress positively, to discuss how Manwin and ICM may jointly benefit by investigating the possibility of Manwin developing and running some of the prime category killer generic domains in the .XXX space, should that appeal.

I think it would be beneficial for us to enter into a mutual NDA prior to that meeting so that we can all speak frankly and openly.

Can you let me know if that date is confirmed so I can arrange the pilots and also how many hours on site you think we may need.

If you have any additional Agenda items please let me have them and I would also be interested in learning who else we may meet with whilst we are there.

I would expect we would arrive mid morning, assuming you are not too far from the nearest airport. CAn you confirm which airfield is best for us to come in on.

**Stuart Lawley**   Chief Executive

**e:**         sjlawley@icmregistry.com
**w:**        www.icmregistry.com