# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-9514-PSG (JCGx) | Date | February 15, 2013 |
|---|---|---|---|

| Title | MANWIN LICENSING INTERNATIONAL S.A.R.L., ET AL.  -VS- ICM REGISTRY, LLC., ET AL. |
|---|---|

| Present: The Honorable | Philip S. Gutierrez |
|---|---|

| Wendy Hernandez | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Chait<br>Kevin Gaut | Richard Sybert |

**Proceedings:** PLAINTIFFS AND COUNTER-DEFENDANTS MANWIN LICENSING INTERNATIONAL S.A.R.L. AND DIGITAL PLAYGROUND, INC. (COLLECTIVELY, "MANWIN")'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIMS OF ICM REGISRY, LLC., OR , IN THE ALTERNATIVE, TO STRIKE CERTAIN COUNTERCLAIM ALLEGATIONS
FRCP RULE 12(b)(6) AND 12(f)
FILED 12-07-13 (DOC. 75)

PLAINTIFFS AND COUNTER-DEFENDANTS MANWIN LICENSING INTERNATIONAL S.A.R.L. AND DIGITAL PLAYGROUND, INC. (COLLECTIVELY, "MANWIN")'S SPECIAL MOTION TO STRIKE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16 (ANTI-SLAPP)
FILED 12-07-12 (DOC. 76)

Having considered all papers submitted in support of and in opposition to the Motions referenced above, and the oral argument presented today, the Court takes the motions Under Submission.  A ruling will be issued after full consideration of the submitted pleadings.

|  | : | 42 |
|---|---|---|
| Initials of Preparer | wh | |