THOMAS P. LAMBERT (SBN 50952),
tpl@msk.com
JEAN PIERRE NOGUES (SBN 84445),
jpn@msk.com
KEVIN E. GAUT (SBN 117352),
keg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Plaintiffs and Counterdefendants
Manwin Licensing International S.à.r.l.
and Digital Playground, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  CV11- 9514 PSG (JCGx)<br><br>The Honorable Philip S. Gutierrez<br><br>**STIPULATION CONTINUING DEADLINE FOR MANWIN TO FILE FEES MOTION PURSUANT TO RULE 54**<br><br>Courtroom: 880 Roybal Federal Building |

1    Plaintiffs and Counterdefendants Manwin Licensing International S.à.r.l. and
2 Digital Playground, Inc. (collectively, "Manwin") and Defendant and
3 Counterclaimant ICM Registry, LLC ("ICM"), stipulate as follows through their
4 undersigned counsel of record:
5    1.    On February 26, 2013, the Court granted Manwin's motion to dismiss
6 ICM's first amended counterclaims and Manwin's special motion to strike ICM's
7 first amended counterclaims pursuant to California Code of Civil Procedure
8 section 425.16 (the "anti-SLAPP motion"), with leave for ICM to file amended
9 counterclaims. (Doc. 90).
10    2.    The Court's February 26, 2013 Order states that "Manwin is directed
11 to submit a motion for attorneys' fees reasonably incurred in connection with its
12 anti-SLAPP motion."
13    3.    Pursuant to Federal Rule of Civil Procedure, Rule 54(d)(2)(B)(i), and
14 Local Rule 54-12, a motion for attorney's fees must be filed within 14 days after
15 judgment or final order. The parties stipulated to extend that deadline to facilitate
16 settlement discussions, and the Court entered an order extending the applicable
17 deadline for Manwin to file its attorneys' fees motion to April 26, 2013.
18    4.    The parties have reached a settlement in principle, and are working
19 out the last details of a long-form settlement agreement. While the parties hope to
20 have the settlement executed before April 26, several issues remain and there are
21 contingencies to settlement that may not be fulfilled by that date.

Mitchell Silberberg & Knupp LLP

5268068.1

1

STIPULATION CONTINUING DEADLINE FOR MANWIN TO FILE
FEES MOTION PURSUANT TO RULE 54

5. Accordingly, in order to avoid incurring further costs during the continuing discussions and efforts to conclude a settlement, the parties stipulate and agree to an additional extension of the deadline for Manwin to file its motion for attorney's fees and costs, making the attorneys' fee motion due on or before May 10, 2013.

SO STIPULATED.

DATED: April 22, 2013

THOMAS P. LAMBERT
JEAN PIERRE NOGUES
KEVIN E. GAUT
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Kevin E. Gaut
    Kevin E. Gaut
    Attorneys for Plaintiffs and
    Counterdefendants

DATED: April 22, 2013

RICHARD P. SYBERT
HAZEL MAE B. PANGAN
GORDON & REES LLP

By: /s/ Richard P. Sybert
    Richard P. Sybert
    Attorneys for Defendant
    ICM REGISTRY, LLC d/b/a .XXX

**Attestation Regarding Signatures**

I, Kevin E. Gaut, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 22, 2013

By: /s/ Kevin E. Gaut
    Kevin E. Gaut