1 THOMAS P. LAMBERT (SBN 50952),
tpl@msk.com
2 JEAN PIERRE NOGUES (SBN 84445),
jpn@msk.com
3 KEVIN E. GAUT (SBN 117352),
keg@msk.com
4 MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
5 Los Angeles, California 90064-1683
Telephone:   (310) 312-2000
6 Facsimile:    (310) 312-3100

7 Attorneys for Plaintiffs and Counterdefendants
Manwin Licensing International S.à.r.l.
8 and Digital Playground, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>                    Plaintiffs,<br><br>           v.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>                    Defendants. | Case No.  CV11- 9514 PSG (JCGx)<br><br>The Honorable Philip S. Gutierrez<br><br>**[PROPOSED] ORDER GRANTING FURTHER CONTINUANCE OF DEADLINE FOR MANWIN TO FILE FEES MOTION PURSUANT TO RULE 54**<br><br>Courtroom: 880 Roybal Federal Building |
| AND RELATED COUNTERCLAIMS | |

Mitchell
Silberberg &
Knupp LLP

5268071.1

[PROPOSED] ORDER GRANTING CONTINUANCE OF DEADLINE
FOR MANWIN TO FILE FEES MOTION PURSUANT TO RULE 54

1  For the reasons outlined in the Stipulation Continuing Deadline For Manwin
2  To File Fees Motion Pursuant To Federal Rules of Civil Procedure Rule 54 and
3  Local Rule 54-10, and good cause appearing, the deadline for Plaintiffs and
4  Counterdefendants Manwin Licensing International S.à.r.l. and Digital Playground,
5  Inc. to file their motion for attorney's fees and costs is extended up to and
6  including May 10, 2013.

**SO ORDERED.**

Dated: _____
Philip S. Gutierrez
United States District Court Judge
Central District of California