THOMAS P. LAMBERT (SBN 50952),
tpl@msk.com
JEAN PIERRE NOGUES (SBN 84445),
jpn@msk.com
KEVIN E. GAUT (SBN 117352),
keg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

E-FILED 04/24/13

Attorneys for Plaintiffs and Counterdefendants
Manwin Licensing International S.à.r.l.
and Digital Playground, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV11- 9514 PSG (JCGx)<br><br>The Honorable Philip S. Gutierrez<br><br>**[~~PROPOSED~~] ORDER GRANTING FURTHER CONTINUANCE OF DEADLINE FOR MANWIN TO FILE FEES MOTION PURSUANT TO RULE 54**<br><br>Courtroom: 880 Roybal Federal Building |

1    For the reasons outlined in the Stipulation Continuing Deadline For Manwin
2  To File Fees Motion Pursuant To Federal Rules of Civil Procedure Rule 54 and
3  Local Rule 54-10, and good cause appearing, the deadline for Plaintiffs and
4  Counterdefendants Manwin Licensing International S.à.r.l. and Digital Playground,
5  Inc. to file their motion for attorney's fees and costs is extended up to and
6  including May 10, 2013.

**SO ORDERED.**

Dated: 4/23/13

PHILIP S. GUTIERREZ
_____
Philip S. Gutierrez
United States District Court Judge
Central District of California