| | |
|---|---|
| 1 | THOMAS P. LAMBERT (SBN 50952), |
| | tpl@msk.com |
| 2 | JEAN PIERRE NOGUES (SBN 84445), |
| | jpn@msk.com |
| 3 | KEVIN E. GAUT (SBN 117352), |
| | keg@msk.com |
| 4 | MITCHELL SILBERBERG & KNUPP LLP |
| | 11377 West Olympic Boulevard |
| 5 | Los Angeles, California 90064-1683 |
| | Telephone:   (310) 312-2000 |
| 6 | Facsimile:    (310) 312-3100 |

Attorneys for Plaintiffs and Counterdefendants
Manwin Licensing International S.à.r.l.
and Digital Playground, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.À.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>Defendants. | Case No.  CV11- 9514 PSG (JCGx)<br><br>The Honorable Philip S. Gutierrez<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>Courtroom: 880 Roybal Federal Building |
| AND RELATED COUNTERCLAIMS | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Manwin Licensing International S.à.r.l. and Digital Playground, Inc., and Defendants ICM Registry LLC and Internet Corporation for Assigned Names and Numbers (collectively, the "Parties") submit this stipulation of voluntary dismissal with prejudice.

The Parties stipulate to dismiss all claims in the above-captioned action, in their entirety, with prejudice. The Parties further stipulate that each Party shall bear its own costs and attorneys' fees.

SO STIPULATED.

DATED: May 8, 2013

THOMAS P. LAMBERT
JEAN PIERRE NOGUES
KEVIN E. GAUT
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Kevin E. Gaut
    Kevin E. Gaut
    Attorneys for Plaintiffs and Counterdefendants

DATED: May 8, 2013

RICHARD P. SYBERT
HAZEL MAE B. PANGAN
GORDON & REES LLP

By: /s/ Richard P. Sybert
    Richard P. Sybert
    Attorneys for Defendant
    ICM REGISTRY, LLC d/b/a .XXX

DATED: May 8, 2013

JEFFREY A. LeVEE
JONES DAY

By: /s/Jeffrey A. LeVee
    Attorneys for Defendant
    INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS

**Attestation Regarding Signatures**

I, Kevin E. Gaut, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 8, 2013                    By: /s/ Kevin E. Gaut
                                              Kevin E. Gaut