THOMAS P. LAMBERT (SBN 50952),
tpl@msk.com
JEAN PIERRE NOGUES (SBN 84445),
jpn@msk.com
KEVIN E. GAUT (SBN 117352),
keg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

E-FILED 05/10/13

JS-6

**NOTE CHANGES MADE BY THE COURT**

Attorneys for Plaintiffs and Counterdefendants
Manwin Licensing International S.à.r.l.
and Digital Playground, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANWIN LICENSING INTERNATIONAL S.A.R.L., a Luxemburg limited liability company (s.à.r.l.), and DIGITAL PLAYGROUND, INC., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>ICM REGISTRY, LLC, d/b/a .XXX, a Delaware limited liability corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California nonprofit public benefit corporation; and Does 1-10,<br><br>    Defendants. | Case No.  CV11- 9514 PSG (JCGx)<br><br>The Honorable Philip S. Gutierrez<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))** ; ORDER<br><br>Courtroom: 880 Roybal Federal Building |
| AND RELATED COUNTERCLAIMS | |

Mitchell
Silberberg &
Knupp LLP

5272201.1

1   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF

2   RECORD:

3   PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure

4   41(a)(1)(A)(ii), Plaintiffs Manwin Licensing International S.à.r.l. and Digital

5   Playground, Inc., and Defendants ICM Registry LLC and Internet Corporation for

6   Assigned Names and Numbers (collectively, the "Parties") submit this stipulation

7   of voluntary dismissal with prejudice.

8   The Parties stipulate to dismiss all claims in the above-captioned action, in

9   their entirety, with prejudice.  The Parties further stipulate that each Party shall

10   bear its own costs and attorneys' fees.

11   SO STIPULATED.

12   DATED:  May 8, 2013          THOMAS P. LAMBERT
                                  JEAN PIERRE NOGUES
13                                KEVIN E. GAUT
                                  MITCHELL SILBERBERG & KNUPP LLP
14

15                               By: /s/ Kevin E. Gaut
16                                  Kevin E. Gaut
                                    Attorneys for Plaintiffs and
17                                  Counterdefendants

18   DATED:  May 8, 2013          RICHARD P. SYBERT
                                  HAZEL MAE B. PANGAN
19                                GORDON & REES LLP

20                               By: /s/ Richard P. Sybert
21                                  Richard P. Sybert
                                    Attorneys for Defendant
22                                  ICM REGISTRY, LLC d/b/a .XXX

23   DATED:  May 8, 2013          JEFFREY A. LeVEE
                                  JONES DAY
24

25   **IT IS SO ORDERED.**        By: /s/Jeffrey A. LeVee
                                    Attorneys for Defendant
26   **DATED:** _5/10/13_          INTERNET CORPORATION FOR
                                  ASSIGNED NAMES AND NUMBERS
27

28   **U.S. DISTRICT JUDGE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>Attestation Regarding Signatures</u>**

I, Kevin E. Gaut, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  May 8, 2013                    By:  <u>/s/ Kevin E. Gaut</u>
                                                              Kevin E. Gaut